570 A.2d 1321

Darla A. VIHLIDAL, as Administratrix of the Estate of
William E. Vihlidal, Deceased

v.

Timothy BRAUN, an individual, Appellant.

Supreme Court of Pennsylvania.

Argued March 6, 1990.

Decided March 21, 1990.

Damon J. Faldowski and Kathleen Smith–Delach, Phillips
and Faldowski, Washington, for appellant.

Richard DiSalle, Keithley D. Mulvihill, and Karen M.
Sirianni, Rose, Schmidt, Hasley & DiSalle, Pittsburgh, for
appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY,
JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.